**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                          **Case No. 8:24-cr-00128-SDM-NHA**

**MICHAEL GRADY**
_____/

## <u>UNOPPOSED MOTION TO CONTINUE SENTENCING</u>

Michael Grady, through counsel and pursuant to Local Rule 3.08, hereby moves this Court to continue sentencing in this case currently set October 27, 2025, by one day as undersigned has a scheduling conflict. As grounds in support thereof, Mr. Grady, states the following:

1. On March 26, 2024, Mr. Grady was indicted on one count of knowing that he has been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year in violation of 18 U.S.C. §§ 922(g) and 924(a)(8), one count of knowingly and intentionally possess with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1), and one count of knowingly possess a firearm in furtherance of a violation of 21 U.S.C. § 841(a)(1), as alleged in Count Two, in violation of 18 U.S.C. § 924(c). Doc. 1.

2. Mr. Grady has been detained since his arrest. Doc. 26. He entered an guilty plea on July 11, 2025, which this Court accepted, setting this

matter for sentencing on October 27, 2025. Docs. 41-45.

3. Undersigned counsel has a longstanding, unavoidable scheduling conflict that requires a brief continuance. Counsel is scheduled for two doctor's appointments on October 27, 2025, one at 8:00 a.m. and another at 2:00 p.m., which makes counsel unavailable for the majority of the day.

4. Defense is seeking a continuance of one day to October 28, 2025, or a setting to a later date convenient for the Court. Counsel is also available at 11:00 a.m. on October 27, 2025, if the Court would prefer a brief later setting on the same day.

5. Counsel acknowledges that this Motion is not timely pursuant to the Court's sentencing order, as it is being filed more than thirty (30) days from the date of the order. The delay in filing was not intentional but was due to an administrative error where the sentencing hearing was inadvertently not added to counsel's professional calendar after the change of plea hearing. This scheduling conflict was realized by counsel as soon as the date was reviewed in preparation for sentencing, prompting the immediate filing of this motion.

6. Undersigned counsel has conferred with Assistant United States Attorney Candace Rich, who advised that the government does not

2

oppose the relief sought in this motion.

## MEMORANDUM OF LAW

Federal Rule of Criminal Procedure 32(b) states that sentencing shall proceed without unreasonable delay, but also provides that the Court may change time-limits for good cause. Local Rule 3.08 requires a party to timely move for a continuance and explain the reason a continuance is justified and the effort to resolve any scheduling conflict. While this motion is technically untimely, the circumstances described in paragraph 5, a simple, good-faith calendaring error resulting in a direct, unavoidable medical conflict, constitute good cause to grant a brief continuance, thereby satisfying the criteria of the Rules. This request is made in good faith, in the interest of justice, and not for the purpose of unnecessary delay of the proceedings.

WHEREFORE, the defendant, Mr. Michael Grady, respectfully moves to continue sentencing in this matter by one day or to a later date that is convenient with this Court.

DATED this 3rd day of October 2025.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
INTERIM FEDERAL DEFENDER

*/s/ Ryan J. Maguire*

3

Ryan J. Maguire, Esq.
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of October 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Candace Rich, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire, Esq.
Assistant Federal Defender